FILED

02/13/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0013

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0013

STATE OF MONTANA,

Plaintiff and Appellee,

v.

ELIZABETH MARGARET HOSCHOUER,

Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until March 23, 2023, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
February 13 2023